Location: NJ16 Citation: A2194186 SIDE: A

New Citation Search   New Hearing Search

# United States District Court
## Violation Notice

CVB Location Code: NJ16

Violation Number: A 2194186
Officer Name (Print): Wilson, Nicholas
Officer No: 3260

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/12/2007
Offense Charged: ☐ CFR ☐ USC ☒ State Code — 39:3-10

Place of Offense: East Gate & Oceanport Ave

Offense Description: Unlicensed Driver

**DEFENDANT INFORMATION**   Phone: (732) 682-0087

Last Name: Gonzalez
First Name: Francisco
M.I.:

Street Address: 975 Sunset Ave Asbury Park
City: Asbury Park
State: NJ
Zip Code: 07712

Drivers License No:
D L State:
Social Security No:

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: Blk   Eyes: Blk   Height: 5-07   Weight:

**VEHICLE DESCRIPTION** | VIN:

Tag No | State | Year | Make/Model | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(if no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address:
Date (mm/dd/yyyy): 12/05/2007
Time (hh:mm): 09:00 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

DD FORM 1805, JUL 2005    Original - CVB Copy    Previous edition is obsolete

Location: NJ16 Citation: A2194186 SIDE: B

**New Citation Search   New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _July 12_, 20_07_ while exercising my duties as a law enforcement officer in the _Ft Monmouth_ District of _NJ_

On July 12 2007 at approx 1238 Pm hours Subject was stopped by Tow Security while entering East Gate. Through my investigation revealed that Gonzalez Francisco was operating a vehicle without a Drivers licenses. Subject was Escorted to the Police Station and issued 1 - 1805.

The foregoing statement is based upon

☐ my personal observation        ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on  _07/12/2007_   _BO Wels_
           Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
           Date (mm/dd/yyyy)   U S Magistrate Judge

**CVB Scan 7/19/2007  14 24 10**